211 So.2d 674

## LOUISIANA STATE BOARD OF MEDICAL EXAMINERS
### v.
### Fred E. BATES.
#### No. 49356.
July 5, 1968.

In re: Fred E. Bates applying for writs of certiorari (review), prohibition, mandamus and for a stay order

Application not considered. The applicant makes no showing that remedial writs have been denied by the Court of Appeal. This Court will not exercise its supervisory jurisdiction until the remedies in that court have been exhausted.

■

211 So.2d 674

## LOUISIANA STATE BOARD OF MEDICAL EXAMINERS
### v.
### Robert L. BOISVERT.
#### No. 49357.
July 5, 1968.

In re: Robert L. Boisvert applying for writs of certiorari (review), prohibition, mandamus and for a stay order

Application not considered. The applicant makes no showing that remedial writs have been denied by the Court of Appeal. This Court will not exercise its supervisory jurisdiction until the remedies in that court have been exhausted.